

# Court of Appeal, First Circuit

State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number:  2022 - CW - 0190

Marie Nicholas Greco and Andy John Greco
    versus
Michael C. Casadaban, DDS, MD

TO:  George Koutezky Anding
RAINER, ANDING & MCLINI
8480 Bluebonnet Blvd., Ste. I
Baton Rouge, LA 70810
anding@ramlaw.net

James A. Bolen Jr.
BOLEN, PARKER & BRENNI
709 Versailles Blvd.
P.O. Box 11590
Alexandria, LA 71315-1590

Jonathan A. Cobb
P.O. Box 11590
Alexandria, LA 71315-1590

Hon. Wilson E. Fields
300 North Boulevard
Suite 7101
Baton Rouge, LA 70802 1

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARIE NICHOLAS GRECO AND
ANDY JOHN GRECO

NO.   2022 CW 0190

VERSUS

MICHAEL C. CASADABAN, DDS,
MD

**MAY 20, 2022**

---

In Re:   Michael   C.   Casadaban,   DDS,   MD,   applying   for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 696810.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT